**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

STEVEN TURNER,

     Plaintiff,

v.                       CASE NO: 8:14-cv-253-T-26EAJ

WASTE ALLIANCE, INC.,
SHARPS MD OF TAMPA BAY, LLC,
BASILE PERTSAS, and GERALD HUBBELL,

     Defendants.

_____/

## O R D E R

Upon due consideration of the procedural history of this case, it is ordered and adjudged that Defendants' Motions to Dismiss (Dkts. 10 and 11) are denied as moot inasmuch as the Plaintiff has recently filed an amended complaint at docket 18 which appears to remedy the pleading defects complained of by the Defendants with respect to the original complaint. The Defendants are directed to file their responses to the amended complaint within fourteen (14) days of this order.

     **DONE AND ORDERED** at Tampa, Florida, on March 17, 2014.


                       *s/Richard A. Lazzara*_____
                       **RICHARD A. LAZZARA
                       UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record